# UNITED STATES DISTRICT COURT

\*\*\*\*    DISTRICT OF    NEVADA

BRIT F. AUGBORNE III,

    Plaintiff,    JUDGMENT IN A CIVIL CASE

v.

    CASE NUMBER:  **3:17-cv-00393-MMD-VPC**

FILSON, et al.,

    Defendant(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on Plaintiff's failure to file another application to proceed *in forma pauperis* or pay the full filing fee in compliance with the Court's June 27, 2017 order.

August 8, 2017                                                      **DEBRA K. KEMPI**
                                                                                           Clerk

                                                                                          /s/ K. Rusin
                                                                                        Deputy Clerk