UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRIT F. AUGBORNE, III,<br><br>Plaintiff,<br>v.<br>FILSON, *et al.*,<br><br>Defendants. | Case No. 3:17-cv-00393-MMD-CBC<br><br>ORDER |

The Court previously screened Plaintiff's Complaint and allowed his single claim of excessive force to proceed. (ECF No. 11 at 6.) Plaintiff then filed a proposed First Amended Complaint ("FAC"), which Magistrate Judge Carla Baldwin Carry re-screened in a Report and Recommendation ("R&R") (ECF No. 27). Plaintiff had until May 2, 2019 to file an objection. (*Id.*) To date, no objection has been filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." *Id.* Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that

district courts are not required to review "any issue that is not the subject of an objection"). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review in order to determine whether to adopt the R&R. Having reviewed the FAC, the Court agrees with the R&R.

It is therefore ordered that Judge Carry's Report and Recommendation (ECF No. 27) is adopted. Plaintiff will be permitted to proceed on the claims in the FAC as follows: (1) Count I alleging violations of Plaintiff's First Amendment right against retaliation and Eighth Amendment right against excessive force against Defendant Officer Stolkz; (2) Count II alleging conspiracy and a violation of the Eighth Amendment duty to protect against Defendants Sgt. Homan and John Does numbers one through ten; (3) the portion of Count III alleging supervisory liability against Defendant NDOC Director Dzurenda; (4) Count IV alleging supervisory liability against Defendant Warden Filson; and (5) Count V alleging supervisory liability against John Doe Associate Warden of Operations. The portion of Count III alleging a First Amendment retaliation claim against Defendant Dzurenda is dismissed without prejudice.

DATED THIS 8th day of May 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE