AARON D. FORD
Attorney General
CHARLES H. ODGERS, Bar No. 8596
Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1261
E-mail: codgers@ag.nv.gov

*Attorneys for Defendants
James Dzurenda, Dennis Homan,
and Michael Stolk*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIT F. AUGBORNE, III, | Case No. 3:17-cv-00393-MMD-CLB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE DENNIS HOMAN** |
| FILSON, et al., | |
| Defendants. | |

Plaintiff Brit F. Augborne, III, in proper person, and Aaron D. Ford, Attorney General of the State of Nevada and Charles H. Odgers, Deputy Attorney General hereby stipulate and agree to the voluntary dismissal of Dennis Homan, with prejudice, with both parties bearing their own attorney's fees and costs.

DATED this 20th day of November, 2019

DATED this 25th day of November, 2019

AARON D. FORD
Attorney General

/s/ Charles H. Odgers
CHARLES H. ODGERS, Bar No. 8596
Deputy Attorney General

*Attorneys for Defendant*

BRIT F. AUGBORNE, III
Plaintiff

## ORDER

This matter having come before the Court in Chambers and pursuant to the parties stipulation, it is hereby ordered, adjudged and decreed that Defendant Dennis Homan, shall be dismissed from *Augborne v. Filson, et al.*, 3:17-cv-00393-MMD-CBC, with prejudice.

ORDERED this 25th day of November, 2019.

_____
District Judge

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 25th day of November, 2019, I caused to be deposited for mailing a true and correct copy of the foregoing, **STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE DENNIS HOMAN**, to the following:

Brit Augborne, III, #1145763
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070

_____
An employee of the
Office of the Attorney General