1  AARON D. FORD
   Attorney General
2  ROST C. OLSEN, Bar No. 14410
   Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, Nevada 89701-4717
5  Tel: (775) 684-1209
   E-mail: rolsen@ag.nv.gov
6
7  *Attorneys for Defendants,*
   *James Dzurenda, Dennis Homan*
   *and Michael Stolk*
8

9              UNITED STATES DISTRICT COURT

10                 DISTRICT OF NEVADA

11 BRIT F. AUGBORNE, III,
                                      Case No. 3:17-cv-00393-RCJ-CLB
12              Plaintiff,
                                      **STIPULATION AND ORDER OF**
13 v.                                 **DISMISSAL WITH PREJUDICE**

14 FILSON, et al.,

15              Defendants.

16      It is hereby stipulated and agreed by and between Plaintiff, Brit F. Augborne, III,

17 and all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada

18 Attorney General, and Rost C. Olsen, Deputy Attorney General, that the above-captioned

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

matter is dismissed with prejudice, and each party will bear their own attorney fees and costs.

AARON D. FORD
Attorney General

_____
Brit F. Augborne, III, Plaintiff
*Pro Se*

By: _____
Rost C. Olsen, Bar No. 14410
Deputy Attorney General
Attorneys for Defendants

Dated: _4-30-2021_

Dated: _5/6/2021_

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED: ___May 10___, 2021.